Attachment A

FILED

SEP 2 7 2021

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Earl Foy, Jr.
_____

_____
*Your full name*

v.

*Carrie Cunnagin, D.P.*
_____

_____

_____

_____

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

Civil Action No.: 3:21cv155

*(To be assigned by the Clerk of Court)*

---

I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: *Earl Foy, Jr.* Inmate No.: 03680-029
      Address: *FCI-Gilmer*
      *P.O. Box 6000         Glenville, WV 26351*

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: _Carrie Cunnagin, D.O._
     Position: _Physician_
     Place of Employment: _USP-McCreary_
     Address: _Pine Knott, Kentucky_
     _____

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?    ☑ Yes         ☐ No

     If your answer is "YES," briefly explain: _____
     _____
     _____
     _____

B.1  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____
     _____

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?    ☐ Yes         ☐ No

     If your answer is "YES," briefly explain: _____
     _____
     _____
     _____
     _____

B.2  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____
     _____

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?    ☐ Yes         ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.3    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    □ Yes        □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.4    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    □ Yes        □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

**Attachment A**

B.5    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____
       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     ☐ Yes        ☐ No

       If your answer is "YES," briefly explain: _____
       _____
       _____
       _____
       _____

III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: *FCI-Gilmer* _____

       A.    Is this where the events concerning your complaint took place?
                  ☐ Yes        ☒ No

             If you answered "NO," where did the events occur?
             _____

       B.    Is there a prisoner grievance procedure in the institution
             where the events occurred?        ☒ Yes        ☐ No

       C.    Did you file a grievance concerning the facts relating to this complaint in the
             prisoner grievance procedure?
                  ☒ Yes        ☐ No

       D.    If your answer is "NO," explain why not: _____
             _____
             _____
             _____

       E.    If your answer is "YES," identify the administrative grievance procedure
             number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 *Warden*

LEVEL 2 *Regional Director*

LEVEL 3 *Director of Federal Bureau of Prisons*

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          □ Yes          □ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.    Court: _____
      *(If federal court, name the district; if state court, name the county)*

3.    Case Number:_____

4.    Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.    Name of Judge(s) to whom case was assigned:
_____

6.    Disposition: _____
      *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit:_____

**Attachment A**

8.  Approximate date of disposition. Attach Copies:_____

C.  Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
    ☐ Yes        ☐ No

D.  If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

    _____
    _____
    _____
    _____

E.  Did you exhaust available administrative remedies?
    ☐ Yes        ☐ No

F.  If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

    _____
    _____
    _____
    _____
    _____

G.  If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

    1.  Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: *Plaintiff was subjected to cruel and unusual punishment when the Defendant exhibited deliberate indifference to the plaintiff's medical needs, thereby inflicting unnecessary pain and suffering*

Supporting Facts: *During plaintiff's incarceration at*

**Attachment A**

USP- McCreary, the defendant refused to provide medical treatment for a serious and Disabling medical problem, or to recommend surgery. This occurred from 2018 to 2019.

CLAIM 2: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 3: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 4: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

**Attachment A**

_____
_____
_____

CLAIM 5: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

In addition to the pain suffered defendant's refusal to treat exacerbated plaintiff's back problems by requiring surgery, resulting in permanent disability, and unable to work and earn an income

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

Enter judgment for Five Million Dollars, plus interest thereon

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Glenville, WV_ on _September 17, 2021_.
             (Location)                    (Date)


                              _Earl Fox, Jr._
                              Your Signature